PHILLIPS ET VIR v. CALIFORNIA.

No. 684, Misc.   Decided February 27, 1967.

Appellants *pro se.*

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *S. Clark Moore,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Chapman* v. *California, ante,* p. 18.

MR. JUSTICE BLACK and MR. JUSTICE CLARK are of the opinion that the judgment should be vacated and the case remanded for further consideration in light of *Chapman* v. *California, supra.*

MR. JUSTICE HARLAN would affirm the judgment below for the reasons set forth in his dissenting opinion in *Chapman* v. *California, supra,* at 45.